IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| DARREN E. MITCHELL | ) |
| Plaintiff, | ) |
| v. | ) 8:11-cv-02735-RWT |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. | ) |
| & | ) |
| JOHN DOE | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby voluntarily dismisses the Complaint without prejudice.

Respectfully submitted this 2nd day of November, 2011.

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Dr.
Rockville, MD 20852
e-mail: rrowe@rowepllc.com
TEL: (301) 770-4710 / FAX: (301) 770-4710

"APPROVED" THIS 3rd DAY
of November, 2011

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of November, 2011, I caused the foregoing Notice of Dismissal to be served by first class mail, postage prepaid, or via the Court's electronic filing system on all Defendants.

/s/ **Robinson S. Rowe**
Robinson S. Rowe